UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| REGINALD BAILEY and, | ) | |
| ROXANNA BAILEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Cause No: . 4:08-CV-01456 TCM |
| | ) | |
| ALLSTATE PROPERTY & CASUALTY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

```
MOTION:
Granted    ✓
Denied     ____
Overruled  ____
Date       ____
6pm 2/4/09
```

### DEFENDANT'S MOTION FOR ADDITIONAL TIME

COMES NOW Defendant, Allstate Property & Casualty Insurance Company, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, and respectfully requests the Court grant it an five (5) days, up to including February 9, 2009 to file its "Timeline" and in support thereof states to this Court the following:

1.     On January 22, 2009, the Court requested Defendant prepare a timeline with regard to non-party, Paragon Certified Restoration's involvement in providing mitigation services on Plaintiffs' residence.

2.     The Court specifically requested that this timeline be authored or acknowledged by an employee of Paragon Certified Restoration familiar with mitigation efforts on Plaintiffs' residence.

3.     Despite the diligent efforts of Defendant, Defendant has not yet received a signed acknowledgement from an employee of Paragon Certified Restoration.

4.     Defendant expects to receive the requested acknowledge within the next 5 days.