UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINALD BAILEY and ROXANNA BAILEY,  )<br>)<br>Plaintiffs,  )<br>)<br>vs.  )<br>)<br>ALLSTATE PROPERTY &  )<br> CASUALTY INSURANCE CO.,  )<br>)<br>Defendant.  ) | Case No. 4:08cv1456 TCM |

## ORDER

This case is before the Court on the unopposed motion by defendant, Allstate Property & Casualty Insurance Company ("Allstate"), for an order authorizing it to enter the property and residence of Plaintiffs, Reginald Bailey and Roxanna Bailey, to inspect and videotape the condition of such. As noted by Allstate, Plaintiffs allege that their property at 5920 Julian Avenue, in the City of St. Louis, was damaged by fire. According to Plaintiffs, there was a total loss; according to Allstate, there was a partial loss. Clearly, an inspection and videotaped record of the property at issue is relevant to Allstate's defense. Therefore,

**IT IS HEREBY ORDERED** that Allstate Property & Casualty Insurance Company's motion for entry upon land for inspection is **GRANTED**. [Doc. 69] Reginald Bailey and Roxanna Bailey are to make the property available for inspection on or before April 22, 2009. Reginald Bailey and Roxanna Bailey are cautioned that obstruction or interference with this Order may lead to sanctions.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 8th day of April, 2009.